**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Chapter 7 |
| **John R. Dolan** | Case No. BKY 09-31625 |
| **Debtor** | |

**U.S. TRUSTEE'S RECOMMENDATION TO APPROVE THE EMPLOYMENT OF KALINA, WILLS, GISVOLD & CLARK**

The U.S. Trustee recommends that the Bankruptcy Court approve the application to employ Kalina, Wills, Gisvold & Clark. There is not sufficient information to determine whether the proposed compensation which includes a half hourly rate plus a commission will be reasonable and result in a benefit to the estate. The U.S. Trustee reserves the right to raise that issue in any interim for final fee application.

Dated: March 15, 2010

HABBO G. FOKKENA
United States Trustee
Region 12

 /s/ Sarah J. Wencil
Sarah J. Wencil
Trial Attorney
Office of U.S. Trustee
Iowa Atty. No. 14014
1015 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5500

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Chapter 7

**John R. Dolan**  Case No. BKY 09-31625

      **Debtor**

---

**CERTIFICATE OF SERVICE**

---

      The undersigned states under penalty of perjury that she filed a Recommendation with the U.S. Bankruptcy Court via CM/ECF; thereby generating electronic service on the following:

•     Michael Iannacone

Dated: March 15, 2010             /s/ Sarah J. Wencil
                                                 Sarah J. Wencil