# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

---------------------------------------------------------------

In Re:

John R. Dolan,

        Debtor

Bankruptcy 09-31625
Chapter 7 Case

**O R D E R**

---------------------------------------------------------------

At St. Paul, Minnesota.

Michael J. Iannacone, Trustee in the above-entitled matter has applied for authorization to conduct the examinations of Sugarbush, Inc., Daniel Dolan, Patrick F. Dolan, and Chippewa Valley Bank pursuant to Bankruptcy Rule 2004(a) and Local Rule 2004-1(a).

**IT IS HEREBY ORDERED**:

1.    The Trustee's application for 2004 examinations of Sugarbush, Inc., Daniel Dolan, Patrick F. Dolan, and Chippewa Valley Bank is GRANTED; and

2.    The Trustee shall serve and file a notice of examination, which shall state the time and place for taking the examinations pursuant to Local Rule 2004-1(b).

Dated this __10th__ day of ___February___, 2011

*/e/ Gregory F. Kishel*

_____
Gregory F. Kishel, Chief Judge
United States Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/10/2011*
Lori Vosejpka, Clerk, By Ije, Deputy Clerk